FILED
CLERK

2016 MAY -2  PM 2: 56

U.S. DISTRICT
EASTERN DIS
OF NEW YORK

**CV 16    02243**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**COGAN, J.**

Jeremiah G. FLYNN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Robyn Cohison
Catholic Charties
Miss Pegis

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☑ No
*(check one)*

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name — Jeremiah G FLYNW
Street Address — ~~Bushwick~~ 800 Madison Street
City and County — BROOKLN  New York
State and Zip Code — Brooklyn  New York  11221
Telephone Number — 347 691 - 9490
E-mail Address — Jeremy WARNER11221GNAiL.Comm.

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name — ROBYN ColuSon
Job or Title (if known) — Property Manager
Street Address — 800 Madison Street
City and County — Bushwick Brooklyn
State and Zip Code — New York, 11221
Telephone Number — 718 452 - 3600
E-mail Address (if known) —

Defendant No. 2

Name — Ms Pegais
Job or Title (if known) — Asst. Director
Street Address — 800 Madison Street
City and County — Bushwick Brooklyn

2

State and Zip Code    New York    111221

Telephone Number    718 452-3600

E-mail Address    unknown
(if known)

Defendant No. 3

Name    Catholic Charties

Job or Title    Patricia Dawson
(if known)

Street Address    197 Jordan St.

City and County    Brooklyn

State and Zip Code    New York    11210

Telephone Number    _____

E-mail Address    _____
(if known)

Defendant No. 4

Name    _____

Job or Title    _____
(if known)

Street Address    _____

City and County    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violations of 8th & 14th Amendment Deliberate Indifference - Cardiac Condition, failure More to lower floor, Elevator out 3 Times in less than Six Month

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Jeremiah Flynn, is a citizen of the State of *(name)* New York.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* Unknown, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* New York.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Roy UCoLiBon, is a citizen of the State of *(name)* New York. *Or* is a citizen of *(foreign nation)* ~~Hosplitan~~

MS Pegas - Non citizen

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

500,000 ; for this delibarate Indiffence Violation

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Since I moved into 800 Madison St, I have emplored the defendant to be moved to lower floor, Never addressed by either defendent acted to help, Aid A (72) Seventy two year Man with two cardiac condition Heart or I FiB Alation Instead choose to Look the other way despite a complaints monthly.

5

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek Monitary Sum of Five hundred thousand dollars And to be moved to the lower floor.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: MAY 2, 2016

Signature of Plaintiff   Jeremiah G. Flyn

Printed Name of Plaintiff   Jeremiah G. Flyn